## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **LENEXA 95 PARTNERS, LLC,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 20-CV-2367-JWB-ADM** |
| | ) | |
| **KIN, INC. F/K/A KOHL'S INC.,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## DEFENDANT'S FINAL WITNESS AND EXHIBIT DISCLOSURES

Pursuant to Rule 26(a)(3), Fed. R. Civ. P., and the Court's Trial Scheduling Order, Defendant Kin, Inc., f/k/a Kohl's Inc. ("Kohl's") discloses the following witnesses that it may call at trial. By disclosing such witnesses, Defendant does not waive, and hereby expressly reserves, the right to object to testimony from such witnesses. Defendant further reserves the right to amend this list of witnesses.[1]

1. David Christie, Plaintiff Lenexa 95 Partners, LLC, 7217 W. 110th Street, Overland Park, Kansas:  Mr. Christie is a Member and Manager of Plaintiff and may testify regarding alleged breach of the lease, and matters consistent with Plaintiff's expert designation of Mr. Christie. (E)

2. Allison Edwards, 7217 W. 110th Street, Overland Park, Kansas:  Ms. Edwards is a current or former employee of Plaintiff and/or Christie Development Associates, and may testify regarding the premises at issue, procuring bids, communications with vendors or bidders, and related issues. (NA)

---

[1] Per Rule 26(a)(3), witnesses that Kohl's expects to present are denoted as "E" and witnesses that Kohl's may call if the need arises are denoted as "NA."

82739262.2

3.  Paul Baker, 7217 W. 110th Street, Overland Park, Kansas: Mr. Baker is a current or former employee of Plaintiff and/or Christie Development Associates, and may testify regarding the premises at issue, communications with potential purchasers or lessors, and related issues. (E)

4.  Ferdinand Niemann, formerly of Plaintiff Lenexa 95 Partners, LLC.  Mr. Niemann may testify regarding the premises at issue, property conditions, communications with Mr. Christie and others affiliated with the Plaintiff regarding same, communications with Defendant regarding same, and related issues. (E)

5.  Amy English, Plaintiff Lenexa 95 Partners, LLC, 7217 W. 110th Street, Overland Park, Kansas:  Ms. English is a current or former employee of Plaintiff and/or Christie Development Associates, and may testify regarding the premises at issue, procuring bids, communications with vendors or bidders, water remediation, and related issues. (E)

6.  Jeff Adam, Defendant Kohl's, N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051: He may testify regarding the premises at issue, maintenance and service performed, repairs or replacements, the condition of the property, Plaintiff's allegations of breach of lease and damages, the lease terms, communications with Plaintiff, and related matters. (E)

7.  Scott Schnuckel, Defendant Kohl's, N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051: He may testify regarding the premises at issue, maintenance and service performed, repairs or replacements, the condition of the property, Plaintiff's allegations of breach of lease and damages, the lease terms, communications with Plaintiff, and related matters. (NA)

8.  Travis Miller, Miller Engineering, PC, 3827 S. Timbercreek Ave., Ste. A, Springfield, Missouri:  Mr. Miller may testify, via deposition, regarding his inspection and assessment

82739262.2

of the premises, the condition of the property, recommended action items, communications with Plaintiff, and related matters. (E)

9.  Brandon Hendricks, Partner Engineering and Science, Inc., Charlotte, North Carolina:  He may testify, via deposition, regarding the inspection and assessment of the premises, the condition of the property, maintenance and service performed, repairs or replacements, findings and opinions contained in the Partner Engineering report, communications with Plaintiff, and other matters consistent with his expert designation. (E)

10. Michael Chang, Partner Engineering and Science, Inc., Charlotte, North Carolina:  He may testify, via deposition, regarding the inspection and assessment of the premises, the condition of the property, maintenance and service performed, repairs or replacements, findings and opinions contained in the Partner Engineering report, communications with Plaintiff, and other matters consistent with his expert designation.  (E)

11. Nick Shiltz and/or other representatives of Inside Edge Commercial Interior Services, 2700 Blue Water Road, Suite 400, Eagan, MN:  He may testify regarding the condition of the premises and flooring contained therein, maintenance and service performed, repairs or replacements, quotes or bids for same, and related matters. (NA)

12. Matt Taylor and/or other representatives of L. Keeley Construction, 500 S. Ewing Avenue, Suite G, St. Louis, Missouri:  He may testify regarding the condition of the premises and pavement, repairs or replacements, quotes or bids for same, and related matters. (NA)

13. Thomas L. Rewerts, PE, SE, 1023 Jefferson, Suite 200, Kansas City, Missouri:  He may testify and present expert testimony and opinions consistent with his expert report. (E)

14. Alan Lankford, PE, LEED AP, 1730 Walnut Street, Kansas City, Missouri:  He may testify and present expert testimony and opinions consistent with his expert report. (E)

15. Brandon Ladwig, Defendant Kohl's, N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051:  He may testify regarding the premises at issue, maintenance and service performed, repairs or replacements, the condition of the property, Plaintiff's allegations of breach of lease and damages, the lease terms, communications with Plaintiff, and related matters. (NA)

16. Mark Griepentrog, Defendant Kohl's, N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051:  He may testify regarding the premises at issue, communications with Plaintiff, and related matters. (NA)

17. Dan Kazmierczak, Defendant Kohl's, N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051:   He may testify regarding the premises at issue, maintenance and service performed, repairs or replacements, the condition of the property, Plaintiff's allegations of breach of lease and damages, the lease terms, communications with Plaintiff, and related matters. (NA)

18. Katie Lauterbach, Defendant Kohl's, N56 W17000 Ridgewood Dr., Menomonee Falls, WI 53051:  He may testify regarding the premises at issue, maintenance and service performed, repairs or replacements, the condition of the property, Plaintiff's allegations of breach of lease and damages, the lease terms, communications with Plaintiff, and related matters. (NA)

19. Corporate Representative of Midwest Coating, Inc. (including Adam Hoffman), 3830 NW 16th Street, Topeka, Kansas: May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

82739262.2

20. Corporate Representative of Jeff Hoge Concrete, LLC (including Jeff Hoge), 6884 W. 183rd Street, Stillwell, Kansas:  May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

21. Corporate Representative of Buck Roofing & Construction LLC (including Matt Varley), 1122 Merriam Lane, Kansas City, Kansas:   May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

22. Corporate Representative of CentiMark Corporation (including Pete Cannizzaro), 14752 W. 107th Street, Lenexa, Kansas: May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

23. Corporate Representative of Max Rieke & Brothers, Inc., 15400 Midland Drive, Shawnee, Kansas: May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

24. Corporate Representative of Artistic Floorcoverings, Inc. (including Madison Christie), 13605 West 109th Street, Lenexa, Kansas:   May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

25. Corporate Representative of Kruse Corporation (including Al Wright), 3636 N. Topeka, Wichita, Kansas: May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

26. Corporate Representative of Wil-Pav, Inc.: May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

27. Corporate Representative of Kansas Asphalt, Inc.: May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

82739262.2

28. Corporate Representative of Updike Paving Corporation:  May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

29. Corporate Representative of Cates Service Company Heating and Cooling:  May testify regarding bid/quotation, inspection of HVAC units, communications with Plaintiff, and related issues. (NA)

30. Corporate Representative of Little Joe's Concrete:  May testify regarding bid/quotation, communications with Plaintiff, and related issues. (NA)

31. Witnesses necessary for foundation, impeachment, rebuttal or sur-rebuttal.

In addition, Defendant Kohl's discloses the following list of exhibits that it may offer into evidence at trial. By disclosing such exhibits, Defendant does not waive, and hereby expressly reserves, the right to object to the admissibility of any exhibit identified on any exhibit list. Defendant further reserves the right to utilize portions or excerpts of exhibits identified herein (to be labeled as sub-exhibits (e.g.—Ex. 1A)).  Defendant further reserves the right to amend this list of exhibits:

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| Lease Agreement 8-12-1994 | Christie Depo. 19 | E |
| Jack Werner CV | Jack Werner Depo. 1 | E |
| A to Z Commercial Inspections Invoice dated 10-16-2020 | Cord Werner Depo. 3 | |
| A to Z Inspections Invoice dated 2-18-21 | Cord Werner Depo. 4 | |
| A to Z list of documents | Cord and Jack Werner Depo. 5 | |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| Seal-O-Matic bids and records | 8 page Seal-O-Matic production | |
| Wil-Pave bid and records | Wil-Pave document production | |
| Updike Paving bid and records | Updike document production | |
| Schefer Roofing records | Schefer document production | |
| Lennox bid and records | Lennox document production | |
| W. Cord Werner CV | Cord Werner Depo. 9 | |
| Michael Skeens CV | Skeens Depo. 10 | |
| Skeens Consulting Services 11-1-2020 Proposal | Skeens Depo. 11 | |
| Aerial photographs of premises | Rewerts file | E |
| December 2020 photographs of premises | Rewerts report, figures 1-45 | E |
| 1-24-2006 As Built Drawings | Rewerts | E |
| 1-24-2006 Civil Plans | Rewerts | E |

82739262.2

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| Skeens Consulting Services Invoice dated 2-25-2021 | Skeens Depo. 14 | |
| 12-16-20202 Little Joe's Asphalt bid | | |
| Contract for Purchase of Real Estate between TIC Lenexa and Christie Development dated 11-8-2017 | Niemann Depo. 1 | E |
| First Amendment to Contract for Purchase of Real Estate Between TIC Lenexa and Christie Development dated 2-6-2018 | Niemann Depo. 3 | E |
| Gladfelter Invoice 11-15-2020 | Gladfelter Depo. 18 | |
| Gladfelter Invoice 2-25-2021 | Gladfelter Depo. 19 | |
| Greg Gladfelter handwritten notes | Gladfelter Depo. 25 | |
| Integra Realty Resources Appraisal Report dated 7-1-2016 | Niemann Depo. 2 | E |
| ASHRAE Equipment Life Expectancy Chart | Gladfelter Depo. 27 | |
| ASHRAE Technical FAQ | Gladfelter Depo. 28 | |
| ASHRAE Owning and Operating Cost Database – Cost Survey | Gladfelter Depo. 29 | |
| Skeens Consulting Services Invoice dated 12-1-2020 | Skeens Depo. 30 | |
| Rewerts' Expert Report | Rewerts Depo. 32 | |
| Rewerts' CV | Excerpt from Rewerts report | E |
| Rewerts' list of documents reviewed | Excerpt from Rewerts report | E |
| Rewerts fee schedule | Excerpt from Rewerts report | E |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| Lankford's Expert Report | Lankford Depo. 33 | |
| Lankford's CV | Excerpt from report | E |
| Lankford's list of documents reviewed | Excerpt from report | E |
| 9-8-2020 photographs of premises (HVAC) | Lankford report | E |
| ASHRAE equipment life expectancy chart | Lankford report | |
| ASHRAE Journal article "Determining Equipment Service Life" | Lankford report | |
| February 2020 Emails between English and Cannizzaro (Centimark) re Roof Bid, and Centimark bid | English Depo. 34 | E |
| 2-11-2020 Jeff Hoge Concrete, LLC written proposal | English Depo. 35 | |
| 2-14-2020 Jeff Hoge Concrete, LLC proposal for Soil Stabilization by Seal-O Matic Paving Company | English Depo. 36 | |
| 10-30-2019 Email between Ferdinand Niemann and Scott Schnuckel re Tree Removal due to Visibility Issues | English Depo. 7; Niemann Depo. 7 | |
| 6-23-2020 HVAC Inspection | English Depo. 38; Plaintiff 0330-0339 | E |
| 9-15-2020 Cates Service Company "Budget Bid" for HVAC | English Depo. 39 | |
| 9-15-2020 Cates Service Company "Equipment Bid" for HVAC | English Depo. 40 | |
| 9-18-2020 Kruse Corporation Roof Top Unit Replacement Bid | English Depo. 41 | |
| 4-24-2020 Artistic Floorcovering, Inc. Flooring Estimate | English Depo. 42 | |

82739262.2

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| 4-2-2021 Email between Dorinda Spencer and David Christie re flooring bid | English Depo. 43 | |
| 1-2-2018 Miller Engineering Report | Miller Depo. 1 | |
| 1-2-2018 Order for Commercial SI and BEC Inspection | Miller Depo. 2 | |
| 10-27-2020 Email between Scott Sala and Amy English re JCB Tree Service Proposal | English Depo. 46 | E |
| Photos (Miller) | Miller Depo. 3 | |
| Photos (Miller) | Miller Depo. 4 | |
| 10-22-2018 Miller Engineering Report | Miller Depo. 5 | |
| Partner Engineering Site Photos | Miller Depo. 6 | |
| JCB Tree Service Invoice dated 11-4-2020 | English Depo. 51 | E |
| 10-30-2018 email Kazmierczak (Kohl's) and Christie Development re tree removal | DMG production | E |
| 7-30-2019 email Kazmierczak (Kohl's) and Christie Development re graffiti and tree removal | DMG production | E |
| November 2017 emails re US Pavement paper invoices for work completed | DMG production | E |
| Recorded Assignment of Lease | Adam Depo. 53 | |
| Assignment and Assumption of Lease | Adam Depo. 54 | |
| Aerial Photos (Johnson County AIMS) | Adam Depo. 55 | E |
| 1-23-2007 Project Certificate for Payment | Adam Depo. 56 | E |
| 3-13-2006 Crane Construction/Temp-Con Subcontract HVAC | Adam Depo. 57 | E |
| 8-31-2006 Alan Stevens Roof Inspection | Adam Depo. 58 | |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| 2-21-2018 Secured Title--Purchaser's Settlement Statement | Niemann Depo. 4 | E |
| Divisions Service Agreement 4-1-2019 | DMG production | E |
| Divisions Inspection 1-3-2018 | DMG production | E |
| Divisions Inspection 8-27-2018 | KIN002911-2912 | E |
| Divisions Inspection 11-1-2018 | KIN002924-2925 | E |
| Divisions Inspection 12-6-2018 | DMG production | E |
| Divisions Inspection 1-13-2019 | KIN002913-2914 | E |
| Divisions Inspection 2-12-2019 | DMG production | E |
| Divisions Inspection 3-20-2019 | Adam Depo. 63; (KIN002921) | E |
| Divisions Inspection 7-18-2019 | KIN002915-2917 | E |
| 11-26-2019 Email Ladwig to Kazmierczak forwarding Partner Report | Adam Depo. 65 | |
| 6-12-2020 Email from Nick Odrochta to Jeff Adams re Overview of Work by Kohl's | Adam Depo. 66; KIN002057 | |
| 6-12-2020 Service Channel Excerpt | KIN002058 | E |
| 11-19-2019 Partner Engineering Property Condition Report | Chang and Henricks Depo. 1 | |
| 10-29-2019 Partner Engineering proposal for services, and authorization to proceed | Chang and Henricks Depo. 12 | E |
| 9-15-2015 O'Donnell asphalt bid | L. Keeley document production | |
| 2015-2016 site development plan | L. Keeley document production | E |
| 10-18-2018 Parking Lot L. Keeley | Adam Depo. 69; KIN002930 | E |

82739262.2

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| 10-18-2018 L. Keeley photos and documentation | KIN 002908-2934 | E |
| 10-18-2018 email re Keeley asphalt paving bid | L. Keeley production | E |
| April 2020 L. Keeley photographs | L. Keeley production | E |
| 11-10-2020 Encore Pavement bid | L. Keeley production | |
| 11-21-2019 Letter from Christie Development to Scott Schnuckel re: Partner Engineering Report | Niemann Depo. 9 | |
| 4-1-2020 Email Schnuckel to Ladwig re reviewing bids | Adam Depo. 71 | |
| 4-8-2020 Email and proposal from L. Keeley | Adam Depo. 72 | |
| 1-17-2-20 Email English to Schnuckel re water in building | Adam Depo. 73 | |
| 1-2019 Email between Vince Johnston (Hunt Midwest) and Paul Baker | Baker Depo. 1 | |
| 2-2019 Email between Paul Baker and Tiffany Ruzicka (Open Area) with Property Assessment Report by Miller Engineering | Baker Depo. 2 | |
| 3-2019 Email between Paul Baker and Eric Walesh with Property Assessment Report by Miller Engineering | Baker Depo. 3 | |
| 5-16-2019 Email from Paul Baker to Morgan Randis) (Sportsmans Warehouse) with flyer re Villa West Shopping Center and Kohl's information | Baker Depo. 4 | |
| 7-2019 Emails between Paul Baker, Andrew Fain and Michael Block re Kohl's Showing | Baker Depo. 5 | |
| 6-3-2014 Shaw Integrated Solutions Invoice | Adam Depo. 79 | |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| 6-23-2014 Inside Edge Invoice | Adam Depo. 80 | |
| 6-23-2014 Inside Edge Invoice | Adam Depo. 81 | |
| January – February 2020 Emails re Water Damage and Tiles | Adam Depo. 82 | |
| February – March 2020 Emails re Tile | Adam Depo. 83 | |
| 12-28-2020 Inside Edge Quote | Adam Depo. 84 | |
| 12-28-2020 Inside Edge Quote #2 | Adam Depo. 85 | |
| 1-23-2020 Email Scott Schnuckel to David Christie re review of list of items | Adam Depo. 87 | |
| 5-6-2020 Email between Mark Griepentrog and Jeff Adam | Adam Depo. 89 | |
| 5-11-2020 Email between Sarah Ryan and Duggan re Griepentrog | Adam Depo. 90 | |
| 6-10-2020 Email Griepentrog to Adam and 6-4-2020 letter Christie to Griepentrog | Adam Depo. 91 | |
| 1-15-2020 Roof Connect report | Adam Depo. 92 | |
| Partner Engineering PCA Pre-Survey Questionnaire | Niemann Depo. 11 | E |
| 1-2020 Email Dan Pridon and Amy English re Roof Leak | Adam Depo. 94 | |
| 8-2-2006 Carlisle Golden Seal Total Roofing System Warranty | Adam Depo. 95 | E |
| Carlisle warranty claims/history | Carlisle document production | E |
| Roof Connect work order and invoice to patch tear in membrane--11-15-2013 | Adam Depo. 97 | E |
| Roof Connect work order and invoice to patch roof leak-- 11-17-2015 | Adam Depo. 98 | E |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| Roof Connect work order and invoice to make permanent repair to previous temporary repair-- 12-8-2015 | Adam Depo. 99 | E |
| Midwest Coating Roofing Proposal dated 2-6-2020 | Niemann Depo. 14 | |
| Roof Connect work order and invoice to patch holes--3-30-2017 | Adam Depo. 102 | E |
| Roof Connect work order for new TPO tread pads under gas lines -- 4-24-2017 | Adam Depo. 103 | E |
| RoofConnect Invoice #243271  3-2-2020 | Adam Depo. 104 | E |
| 4-2-2020 Email Erin Williams (Roof Connect) and Kristen Burczyk re Roof Repairs | Adam Depo. 105 | E |
| Roof Connect records | KIN002132-2133; 2871-2901; 3051-3059; | E |
| 1-8-2020 Email Scott Schnuckel and Allison Edwards re JCB Tree Service Proposal | Adam Depo. 108 | E |
| 12-11-2018 Invoice ACS/Evergreen Air Conditioning | Adam Depo. 113 | E |
| Notice of Remote Video Rule 30(b)(6) Deposition of Plaintiff Lenexa 95 Partners, LLC | Christie Depo. 16 | |
| 11-27-2019 Invoice ACS/Evergreen Air Conditioning | Adam Depo. 116 | E |
| 1-14-2020 Invoice ACS/Evergreen Air Conditioning | Adam Depo. 117 | E |
| ACS records, invoices and photos | KIN002964-3049 | E |
| ACS records, invoices, and photos | ACS 0001-175 | E |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| April 2020 Email Adam/Ladwig/ Schnuckel re: 4-22-2020 letter from Lenexa 95's Counsel and L. Keeley Proposal | Adam Depo. 118 | |
| Service Channel excerpt--pavement | Adam Depo. 119 | E |
| Service Channel excerpt--roof | Adam Depo. 120 | E |
| Service Channel excerpt--HVAC | Adam Depo. 121 | E |
| Petition for Damages | Christie Depo. 17 | E |
| Plaintiff's Disclosure of Experts | Christie Depo. 18 | |
| Kohl's store floor plan | KIN 002959 | |
| 2-2018 Loan Agreement: Lenexa 95 and Great Southern Bank | Christie Depo. 21 | E |
| 2-21-2018 Mortgage, Assignment, Security Agreement and Fixture Filing | Christie Depo. 22 | E |
| Macfarlan Retail Fund Case Studies | Christie Depo. 23 | E |
| January-February 2020 Emails between Scott Schnuckel, David Christie, et al. | Christie Depo. 26 | |
| 3-6-2020 Letter from David Christie (Lenexa 95) to Scott Schnuckel re pavement | Christie Depo. 27 | |
| 11-21-2019 Letter from David Christie to Scott Schnuckel dated  re: Partner Engineering Report | Christie Depo. 28 | |
| 4-1-2020 Email David Christie to Scott Schnuckel re: no grace will be shown Kohl's | Christie Depo. 30 | |
| 2-13-2020 Buck Roofing Proposal and letter | Christie Depo. 33 | |
| Jeff Hoge Concrete Proposal dated 2-11-2020 | Christie Depo. 35 | |

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| Jeff Hoge Concrete/Seal-O-Matic Proposal for Soil Stabilization dated 2-14-2020 | Christie Depo. 36 | |
| Max Rieke & Bros. Proposal dated 3-6-2020 | Christie Depo. 37 | |
| Plaintiff's Rule 26(a) disclosures | | |
| Plaintiff's First Amended Rule 26(a) disclosures | | |
| Plaintiff's Second Amended Rule 26(a) disclosures | | |
| Plaintiff's Responses to Defendant's First Request for Documents | | |
| Plaintiff's Responses to Defendant's Second Request for Documents | | |
| Plaintiff's Responses to Defendant's First Interrogatories | | |
| Plaintiff's Responses to Defendant's Second Interrogatories | Christie Depo. 44 | |
| Plaintiff's (Second) Amended Responses to Defendant's First Interrogatories (4-2-2021) | Christie Depo. 45 | |
| Plaintiff's (First) Amended Responses to Defendant's First Interrogatories (11-4-2021) | | |
| 6-12-2019 JV Protection Fire Alarm System Inspection Report | Christie Depo. 47 | E |
| 1-4-2018 Email between Larson, Macfarlan and Amit Kalushar re: Kohl's Lease | Christie Depo. 24 | E |
| 9-8-2014 Update of Notice Letter from Kohl's to TIC Lenexa | Kohl's MSJ, Excerpted Ex. 1 | |
| 4-22-2020 Letter from Plaintiff's counsel to Kohl's | Kohl's MSJ, Ex. 10 | |

82739262.2

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| 1-15-2019 Letter from Kohl's to Lenexa 95 re non-renewal of lease | Pl's opposition to Kohl's MSJ, Ex. 3 | E |
| 11-22-2019 Letter from Kohl's to Lenexa 95 re waiver of right of first refusal | Pl's opposition to Kohl's MSJ, Ex. 5 | E |
| 6-24-2020 Letter from Sarah Ryan (Kohl's) to Plaintiff's counsel | Pl's opposition to Kohl's MSJ Ex. 24 | |
| 11-8-2017 Letter from Kohl's re waiver of right of first refusal | KIN000421-422 | E |
| 1-6-2018 Miller Engineering narrative report | Plaintiff 0132-137 | |
| 12-16-2019 email David Christie to Scott Schnuckel re items to discuss before lease expiration | Plaintiff 0228 | |
| 1-24-2020 email Scott Schnuckel to David Christie re cost for completion of work | Plaintiff 0769-770 | |
| January-February 2020 emails between Kohl's and Plaintiff re leak and remediation | Plaintiff 0683-689 | |
| 2-11-2020 Kansas Asphalt mill and overlay bid | KIN 000561-562 | |
| 2-7-2020 Kansas Asphalt concrete bid | KIN 000569-570 | |
| 6-23-2020 Cates invoice and recommendations | Cates production | |
| 9-15-2020 email Amy English and Kruse Corporation re HVAC | Kruse production | |
| 8-19-2020 email Amy English and Lankford | Plaintiff 0765-768 | |
| 9-16-2020 JCB tree service proposal | Plaintiff 1778-1784 | |
| October 2020 email between Plaintiff and City regarding tree removal | Plaintiff 1785-1788 | |

82739262.2

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| November 2020 email between Plaintiff and City regarding tree removal | Plaintiff 1789-1797 | |
| Kohl's Service Channel spreadsheet | | E |
| 3-3-2006 AIA Construction contract | KIN003141-3228 | E |
| 2006 Change Orders/Pay Applications | KIN003229-3302 | E |
| December 2020 video of premises | | E |
| December 2020 photographs of premises | | E |
| June 2021 video of premises | | E |
| June 2021 photographs of premises | | E |
| 7-30-2021 Letter from David Christie to Kohl's re Notice of Default | Pl's opposition to Kohl's MSJ, Ex. 26 | |
| 8-13-2021 Letter from Bush to Duggan | | |
| 8-19-2021 Letter from Duggan to Bush | | |
| 8-20-2021 Letter from Bush to Duggan | | |
| 10-6-2021 Letter from Bush to Duggan | | |
| 10-11-2021 Letter from Duggan to Bush | | |
| 11-11-2021 Letter from Bush to Duggan | | |
| 12-1-2021 Letter from Duggan to Bush | | |
| 12-8-2021 Letter from Bush to Duggan | | |
| 12-23-2021 Letter from Duggan to Bush | | |
| 1-25-2019 email Paul Baker (Lenexa 95) and Vince Johnston re sale or lease | Plaintiff 0696-0702 | |
| 4-26-2019 Colaw letter of intent offer | Plaintiff 0649-0653 | |
| 5-14-2020 QuickTrip settlement statement | Plaintiff 0637-0640 | |

82739262.2

| Description of Exhibit | Ref. | Expect to offer |
|---|---|---|
| 5-14-2020 Reciprocal Easement Agreement | Plaintiff 0518-0550 | |
| Demonstrative exhibits, enlargement of exhibits, and exhibits for rebuttal or sur-rebuttal | | E |
| | | |

Dated:  March 25, 2022

Respectfully submitted,

POLSINELLI PC

*/s/ Jason L. Bush*
JASON L. BUSH              (KS #18299)
BRENDAN L. McPHERSON  (KS #23771)
JOSHUA J. LANGLOIS      (KS #27146)
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
jbush@polsinelli.com
bmcpherson@polsinelli.com
jlanglois@polsinelli.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of March 2022, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jason L. Bush*
*ATTORNEY FOR DEFENDANT*

82739262.2