IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Lenexa 95 Partners    Plaintiff(s),

vs.                                              Case No. 20-2367-JWB

Kin, Inc.    Defendant(s).

### QUESTION FROM THE JURY

YOUR HONOR,

Are we able to portion out dollar amounts on specific items instead of the full amount of each item as asked for by the plantiff?

Dated at 4 - April  on 29th , Time 12:36 pm.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

[See attached answer]

Dated at Kansas City, Kansas on 4/29/2022 , Time 1:22 PM

Signature of Judge

Instructions 17 & 18 authorize you to award such amount of damages as you find Lenexa 95 has proven. You may award an amount less than Lenexa 95 has requested as long as the evidence provides some basis for you to determine the proper amount of damages such that you do not violate the prohibition against an award based on speculation, guesswork, or conjecture.